| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Barbara Gerri Smith** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7      12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2016 GMC Sierra 128000 miles Vehicle is in good condition Value based on Kelley Blue Book Co-own with Roger Yazzie. He makes the payments on this vehicle. Debtor will retain and pay.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Nusenda**<br><br>Description of property **2017 Honda Civic 89000 miles Vehicle is in good condition Value based on Kelley Blue Book Co-own with Roger Yazzie. Debtor makes payments on this vehicle.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Debtor 1 **Barbara Gerri Smith**     Case number (if known) _____

| | | |
|---|---|---|
| property securing debt: | Debtor will retain and pay. | ☐ Retain the property and [explain]: |

Creditor's name: **OneMain Financial**

Description of property securing debt: **2010 Pontiac G6 108000 miles, 2011 GMB Sierra 208,000 miles Vehicle are in good condition Values based on Kelley Blue Book Co-own with Roger Yazzi**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

☐ No
■ Yes

Creditor's name: **Progressive Leasing/Big Lots**

Description of property securing debt: **Household goods and furnishings**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement*.
☐ Retain the property and [explain]:

☐ No
■ Yes

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**     **Will the lease be assumed?**

Lessor's name: **Dish Network**

☐ No
■ Yes

Description of leased Property: **1 year cable television contract - debtor will assume contract**

Lessor's name: **Progressive Leasing/Big Lots**

■ No
☐ Yes

Description of leased Property: **Lease to own contract - debtor will reject contract**

Lessor's name: **Verizon Wireless**

■ No
☐ Yes

Description of leased Property: **2 year cell phone contract - debtor will reject contract**

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _/s/ Barbara Gerri Smith_     X _____

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 2

Debtor 1   **Barbara Gerri Smith**                                        Case number *(if known)*

**Barbara Gerri Smith**                                     Signature of Debtor 2
Signature of Debtor 1

Date                                                        Date